1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9 Avery Curry Archuleta, | No. CV-25-08017-PCT-SMB |
| 10 Petitioner, | **ORDER** |
| 11 v. | |
| 12 United States of America, | |
| 13 Respondent. | |

14

15      United States Magistrate Judge John Boyle has issued a report and
16 recommendations ("R&R") (Doc. 16) recommending that the motion to vacate, set aside
17 or correct sentence be denied.   The Magistrate Judge advised the parties that they had
18 fourteen days to file objections to the R&R.  (R&R at 11-12) (citing Rule 72, Federal
19 Rules of Civil Procedure) No objection has been filed, which relieves the Court of its
20 obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);
21 Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114,
22 1121 (9th Cir. 2003).  Nevertheless, the Court has reviewed the pleadings and agrees with
23 the analysis of Magistrate John Boyle.  The Court will accept and adopt the R&R.

24      **IT IS THEREFORE ORDERED** that the Report and Recommendation of
25 Magistrate Judge Boyle (Doc. 16) is accepted.

26      **IT IS FURTHER ORDERED** denying Movant's Motion to vacate, set aside or
27 correct sentence (Doc. 1).  The Clerk of Court is directed to enter judgment accordingly
28 and terminate this case.

**IT IS FURTHER ORDERED** a certificate of appealability and leave to proceed in forma pauperis on appeal is denied.

Dated this 6th day of August, 2025.

Honorable Susan M. Brnovich
United States District Judge